1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   SARAH B. HOUSTON
3  Assistant U.S. Attorney
   Arizona State Bar No. 026691
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone:  520-620-7300
6  Email: sarah.houston@usdoj.gov
   Attorneys for Plaintiff
7

✓ __FILED____LODGED
   __RECEIVED__COPY

   2015 JUL 15  P 2: 41

   CLERK US DISTRICT COURT
   DISTRICT OF ARIZONA

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE DISTRICT OF ARIZONA

10                                          JGZ
                                            (JR)
   United States of America,
11                                 CR 15 - 1291 TUC
                  Plaintiff,
12                                 I N D I C T M E N T
          vs.
13                                 VIO: 21 U.S.C. § 846
                                        (Conspiracy to Possess with Intent to
   Beverly Marie Antone,                  Distribute Methamphetamine)
14 Counts 1 and 2                          Count 1

15 Francisco Bennet Antone,            21 U.S.C. §§ 841(a)(1) and
   Count 1                             841(b)(1)(C)
16                                     (Possession with Intent to Distribute
   Violet Jalissa Anselmo,             Methamphetamine)
17 Counts 1 and 5                      Counts 2 - 7

18 Willetta Emma Jones,
   Counts 1, 3, 4, 6, and 7           (UNDER SEAL)
19

20                  Defendants.

21

22 **THE GRAND JURY CHARGES:**

23                        <u>COUNT 1</u>

24        From a time unknown, to on or about February 13, 2015, at or near Hickiwan, in

25 the District of Arizona, Beverly Marie Antone, Francisco Bennet Antone, Violet Jalissa

26 Anselmo, and Willetta Emma Jones, named herein as defendants and co-conspirators, did

27 knowingly and intentionally combine, conspire, confederate, and agree together and with

28 persons known and unknown to the grand jury, to possess with intent to distribute a

1   quantity of a mixture or substance containing a detectable amount of methamphetamine,

2   a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

3   841(a)(1) and 841(b)(1)(C).

4        All in violation of Title 21, United States Code, Section 846.

5                                **COUNT 2**

6        On or about May 14, 2014, at or near Hickiwan, in the District of Arizona,

7   Beverly Marie Antone did knowingly and intentionally possess with intent to distribute a

8   quantity of a mixture or substance containing a detectable amount of methamphetamine,

9   a Schedule II controlled substance; in violation of Title 21, United States Code, Sections

10  841(a)(1) and 841(b)(1)(C).

11                               **COUNT 3**

12       On or about September 16, 2014, at or near Hickiwan, in the District of Arizona,

13  Willetta Emma Jones did knowingly and intentionally possess with intent to distribute a

14  quantity of a mixture or substance containing a detectable amount of methamphetamine,

15  a Schedule II controlled substance; in violation of Title 21, United States Code, Sections

16  841(a)(1) and 841(b)(1)(C).

17                               **COUNT 4**

18       On or about September 22, 2014, at or near Hickiwan, in the District of Arizona,

19  Willetta Emma Jones did knowingly and intentionally possess with intent to distribute a

20  quantity of a mixture or substance containing a detectable amount of methamphetamine,

21  a Schedule II controlled substance; in violation of Title 21, United States Code, Sections

22  841(a)(1) and 841(b)(1)(C).

23                               **COUNT 5**

24       On or about September 22, 2014, at or near Hickiwan, in the District of Arizona,

25  Violet Jalissa Anselmo did knowingly and intentionally possess with intent to distribute a

26  quantity of a mixture or substance containing a detectable amount of methamphetamine,

27  a Schedule II controlled substance; in violation of Title 21, United States Code, Sections

28  841(a)(1) and 841(b)(1)(C).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT 6**

On or about November 4, 2014, at or near Hickiwan, in the District of Arizona, Willetta Emma Jones did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 7**

On or about February 11, 2015, at or near Hickiwan, in the District of Arizona, Willetta Emma Jones did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

/ S /
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

JUL 1 5 2015

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Francisco Bennet Antone et al.*
*Indictment Page 3 of 3*